1  RACHEL LOWE (State Bar No. 246361)
   LISA L. GARCIA (State Bar No. 301362)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, 16th Floor
3  Los Angeles, CA 90071-1410
   Telephone: 213-576-1000
4  Facsimile: 213-576-1100
   E-mail: rachel.lowe@alston.com
5          lisa.garcia@alston.com

6  SCOTT ELDER (*Pro Hac Vice*)
   **ALSTON & BIRD LLP**
7  1201 West Peachtree Street
   Atlanta, Georgia 30309
8  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
9  E-mail: scott.elder@alston.com

10 CHRISTOPHER A. THOMSON (*Pro Hac Vice*)
   **ALSTON & BIRD LLP**
11 2200 Ross Avenue, Suite 2300
   Dallas, Texas 75201
12 Telephone: (214) 922-3400
   Facsimile: (214) 922-3899
13 E-mail: chris.thomson@alston.com

14 Attorneys for Defendants
   **CONIFER VALUE-BASED CARE, LLC;**
15 **CONIFER HEALTH SOLUTIONS, LLC;**
   **CONIFER REVENUE CYCLE SOLUTIONS, LLC; and**
16 **TENET HEALTHCARE CORPORATION**

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:23-CV-01987-AB-AGR<br>*[Assigned for all purposes to the Honorable Andre Birotte, Jr.]*<br><br>**STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES**<br><br>Filing Date:  January 3, 2024 |
| NICOLE KOLB and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>CONIFER VALUE-BASED CARE, LLC, CONIFER HEALTH SOLUTIONS, LLC, CONIFER REVENUE CYCLE SOLUTIONS, LLC, and TENET HEALTHCARE CORPORATION,<br><br>   Defendants. | Case No. 2:23-cv-10462-AB-AGR<br>*[Assigned for all purposes to the Honorable Andre Birotte, Jr.]*<br><br>**STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES**<br><br>Filing Date:  January 3, 2024 |

   The plaintiffs in the two above-captioned related actions, Ryan Morales, Nicole Kolb, William Tang (collectively, "Plaintiffs"), on the one hand, and the defendants in these cases, Conifer Value-Based Care, LLC, Conifer Health Solutions, LLC, Conifer Revenue Cycle Solutions, LLC ("Conifer RCS"), and Tenet Healthcare Corporation (collectively "Defendants"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows pursuant to Local Rule 7-1:

### **The Earlier-Filed, Related *Morales* Action**

WHEREAS, on October 6, 2022, Plaintiff Ryan Morales filed a state court action and on February 15, 2023, Defendant Conifer RCS accepted service of the state court complaint;

WHEREAS, Defendant Conifer RCS filed a Notice of Removal on March 16, 2023, and this case was assigned to the Honorable André Birotte Jr. (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 1);

WHEREAS, on October 5, 2023, Plaintiff Ryan Morales filed a First Amended Complaint (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 26);

WHEREAS, on November 6, 2023, Conifer RCS filed a Motion to Dismiss Plaintiff's First Amended Complaint (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 27);

### **Transfer and Consolidation of the Later-Filed *Kolb* & *Tang* Texas Actions**

WHEREAS, on April 7, 2023, Plaintiff Nicole Kolb, a California resident, filed a complaint in the United States District Court for the Northern District of Texas, Case No. 3:23-cv-00744-E-BN, alleging claims against Conifer RCS and other defendants related to the same data incident at issue in the *Morales* action (*Kolb/Tang*, Case No. 2:23-cv-10462-AB-AGR, ECF 1);

WHEREAS, on April 25, 2023, Plaintiff William Tang, a California resident, filed a complaint in the United States District Court for the Northern District of Texas, Case No. 3:23-cv-00870-E-BN, alleging claims against Conifer RCS and other defendants related to the same data incident at issue in the *Morales* action (*Tang*, Case No. 3:23-cv-00870-E-BN, ECF 1);

WHEREAS, the *Kolb* and *Tang* actions were consolidated on May 15, 2023 (*Kolb/Tang*, 2:23-cv-10462-AB-AGR, ECF 15);

WHEREAS, on October 12, 2023, defendants in the consolidated *Kolb/Tang* action filed a Motion to Transfer the action to this Court pursuant to the first-to-file rule (*Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 30);

WHEREAS, on November 27, 2023, the Court granted defendants' Motion to Transfer and transferred the consolidated cases to the United States District Court for the Central District of California (*Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 46);

WHEREAS, the defendants in the *Kolb/Tang* action concurrently moved to dismiss, and the Court did not reach that motion in light of the transfer order;

WHEREAS, on December 18, 2023, the *Kolb/Tang* action was transferred to the United States District Court, Central District of California, Case No. 2:23-cv-10462-RGK-AJR and assigned to Hon. R. Gary Klausner;

WHEREAS, on December 19, 2023, Defendants in both the *Morales* and *Kolb/Tang* actions filed Notices of Related Civil Case (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 31; *Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 64);

WHEREAS, on December 28, 2023, the *Kolb/Tang* action was transferred to the docket of the Honorable André Birotte Jr. (*Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 69);

### **Current Upcoming Dates in the *Morales* Action**

WHEREAS, on November 7, 2023, the Parties to the *Morales* Action filed a joint stipulation setting a briefing schedule on Conifer RCS's currently pending Motion to Dismiss (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 29);

WHEREAS, on November 9, 2023, the Court granted the *Morales* Parties' joint stipulation setting the following dates:

- Plaintiff Ryan Morales's Opposition to the *Morales* Motion to Dismiss is due January 12, 2024;
- Conifer RCS's Reply in support of the *Morales* Motion to Dismiss is due January 26, 2024;
- The hearing on the *Morales* Motion to Dismiss is February 9, 2024;

WHEREAS, the scheduling conference in the *Morales* action is currently set for February 2, 2024;

STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES

**<u>Current Upcoming Dates in the *Kolb/Tang* Action</u>**

WHEREAS, on January 2, 2024, the defendants in the *Kolb/Tang* Action filed a Motion to Dismiss (*Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 72);

WHEREAS, pursuant to the Local Rules, the following briefing deadlines apply to the *Kolb/Tang* Motion to Dismiss:

- Plaintiffs Nicole Kolb and William Tang's Opposition to the Motion to Dismiss is due March 15, 2024;
- Defendants' Reply in support of the *Kolb/Tang* Motion to Dismiss is due March 22, 2024;
- The hearing on the *Morales* Motion to Dismiss is April 5, 2024;

**<u>The Parties' Agreement to Consolidation</u>**

WHEREAS, the Plaintiffs in the *Morales* and *Kolb/Tang* actions and Defendants in both actions have agreed to stipulate to the consolidation of *Kolb/Tang* and *Morales* pursuant to Fed. R. Civ. P. 42(a) under the first-filed *Morales* action, subject to the Court's approval;

WHEREAS, the Plaintiffs in the *Morales* and *Kolb/Tang* actions and Defendants in both actions have agreed to Plaintiffs' filing of a consolidated complaint following the Court's consolidation of the cases;

WHEREAS, that consolidated complaint will also have the effect of mooting the pending Motions to Dismiss in both the *Morales* action (*Morales*, Case No. 23-CV-01987-AB-AGR, ECF 27) and the *Kolb/Tang* action (*Kolb/Tang*, Case No. 3:23-cv-00870-E-BN, ECF 72);

WHEREAS, the Parties both the *Morales* and *Kolb/Tang* actions met and conferred and agree that in order to conserve judicial resources, the deadlines both actions should be stayed pending consolidation and the filing of a consolidated complaint under the first-filed *Morales* action.

### **The Parties' Stipulated Schedule**

WHEREAS, the Parties agree to the following proposed schedule:

- Plaintiffs in the *Morales* and *Kolb/Tang* actions will file a consolidated complaint within 60 days of transfer (by February 16, 2024);

- Defendants will have 45 days after the consolidated complaint is filed to respond to the consolidated complaint;

- Because it would be inefficient to set a complete schedule without all parties being present, the scheduling conference in the *Morales* action should be stayed until Defendants respond to the consolidated complaint.

WHEREAS, this request is made in good faith and not for purposes of delay and no party will be prejudiced by staying the current deadlines;

WHEREAS, the Court's stated concerns regarding a previously-filed stipulation have been addressed in this stipulation;

NOW, THEREFORE, IT IS STIPULATED by and between Plaintiffs and Defendants that, subject to the Court's approval:

- The *Morales* and *Kolb/Tang* actions shall be consolidated pursuant to Fed. R. Civ. P. 42(a) under the first-filed *Morales* action;

- Plaintiffs in the *Morales* and *Kolb/Tang* actions will file a consolidated complaint within 60 days of transfer (by February 16, 2024);

- Defendants will have 45 days after the consolidated complaint is filed to respond to the consolidated complaint;

- The scheduling conference in the *Morales* action is stayed until Defendants respond to the consolidated complaint or until further order of the Court.

Dated: January 3, 2024

RACHEL E. K. LOWE
LISA L. GARCIA
SCOTT ELDER (*Pro Hac Vice*)
CHRISTOPHER A. THOMSON (*Pro Hac Vice*)
ALSTON & BIRD LLP

By:   */s/ Rachel E. K. Lowe*
 Rachel E. K. Lowe

Attorneys for Defendants
CONIFER VALUE-BASED CARE, LLC,
CONIFER HEALTH SOLUTIONS, LLC,
CONIFER REVENUE CYCLE SOLUTIONS,
LLC, and TENET HEALTHCARE
CORPORATION,

Dated: January 3, 2024

JOE KENDALL
KENDALL LAW GROUP LLP

GARY M. KLINGER
MILBERG   COLEMAN   BRYSON   PHILLIPS
GROSSMAN PLLC

RAINA C. BORELLI
TURKE AND STRAUSS LLP

GARY S. GRAIFMAN
MELISSA R. EMERT
KANTROWITZ GOLDHAMER AND
GRAIFMAN PC

MICHAEL ANDERSON BERRY
CLAYEO ARNOLD APLC

By:   */s/ Raina C. Borelli*
 Raina C. Borelli

Attorneys for Plaintiffs
NICOLE KOLB, WILLIAM TANG, AND THE
PROPOSED CLASS

- 7 -

STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF
RELATED CASES

1    Dated: January 4, 2024        DANIEL SROURIAN,
                                       SROURIAN LAW FIRM, P.C.

2

3                                          PATRICK N. KEEGAN
                                         **KEEGAN & BAKER, LLP**

4                                          By:    ***/s/ Patrick Keegan***
                                                     Patrick Keegan

5

6                                          Attorneys for Plaintiff
                                         RYAN MORALES AND THE PROPOSED
                                         CLASS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF
RELATED CASES