1  RACHEL E. K. LOWE (State Bar No. 246361)
   LISA L. GARCIA (State Bar No. 301362)
2  **ALSTON & BIRD LLP**
   333 South Hope Street, 16th Floor
3  Los Angeles, CA 90071-1410
   Telephone: 213-576-1000
4  Facsimile: 213-576-1100
   E-mail: rachel.lowe@alston.com
5           lisa.garcia@alston.com

6  SCOTT ELDER (*Pro Hac Vice*)
   **ALSTON & BIRD LLP**
7  1201 West Peachtree Street
   Atlanta, Georgia 30309
8  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
9  E-mail: scott.elder@alston.com

10 CHRISTOPHER A. THOMSON (*Pro Hac Vice*)
   **ALSTON & BIRD LLP**
11 2200 Ross Avenue, Suite 2300
   Dallas, Texas 75201
12 Telephone: (214) 922-3400
   Facsimile: (214) 922-3899
13 E-mail: chris.thomson@alston.com

14 Attorneys for Defendants
   **CONIFER VALUE-BASED CARE, LLC**
15 **CONIFER HEALTH SOLUTIONS, LLC**
   **CONIFER REVENUE CYCLE SOLTUIONS, LLC and**
16 **TENET HEALTHCARE CORPORATION**

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES
PENDING CONSOLIDATION OF RELATED CASES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-CV-01987-AB-AGR<br>*[Assigned for all purposes to the Honorable Andre Birotte, Jr.]*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES**<br><br>Filing Date: January 3, 2024 |
| NICOLE KOLB and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONIFER VALUE-BASED CARE, LLC, CONIFER HEALTH SOLUTIONS, LLC, CONIFER REVENUE CYCLE SOLUTIONS, LLC, and TENET HEALTHCARE CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-10462-AB-AGR<br>*[Assigned for all purposes to the Honorable Andre Birotte, Jr.]*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING CONSOLIDATION OF RELATED CASES**<br><br>Filing Date: January 3, 2024 |

The Court, having reviewed the Parties' Stipulation to Consolidate and to Stay Deadlines Pending Consolidation of Related Cases and good cause appearing therefor, hereby ORDERS as follows:

- The *Morales* and *Kolb/Tang* actions are hereby consolidated pursuant to Fed. R. Civ. P. 42(a) under the first-filed *Morales* action;
- Plaintiffs in the *Morales* and *Kolb/Tang* actions will file a consolidated complaint within 60 days of transfer (by February 16, 2024);
- Defendants will have 45 days after the consolidated complaint is filed to respond to the consolidated complaint;
- The scheduling conference is stayed until Defendants respond to the consolidated complaint or until further order of the Court.

**IT IS SO ORDERED.**

Dated:

                                          The Honorable Andre Birotte Jr.
                                          United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE AND TO STAY DEADLINES PENDING TRANSFER AND CONSOLIDATION OF RELATED CASES