1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-CV-01987 AB (AGRx)<br><br>(Assigned to Hon. Andre Birotte, Jr.)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL UNDER FED. R. CIV. P. 23(G)(3)** |

Before the Court is Plaintiffs' Motion for Appointment of Interim Co-Lead Class Counsel Under Fed. R. Civ. P. 23(g)(3) ("Motion," Dkt. No. 36). Defendants filed a Notice of Non-Opposition. The Court will resolve the Motion without oral argument and therefore **VACATES** the February 23, 2024, hearing. *See* Fed. R. Civ. P. 78, C.D. Cal. L.R. 7-15. The Motion is **GRANTED**.

The Court **ORDERS** as follows:

**A. Appointments to Plaintiffs' Interim Co-Lead Class Counsel.**

The Court appoints Raina Borrelli of Turke & Strauss LLP, Melissa Emert of Kantrowitz, Goldhamer & Graifman, P.C., Patrick Keegan of Keegan & Baker, LLP, and Daniel Srourian of Srourian Law Firm, P.C. as Interim Co-Lead Class Counsel

-1-

for all Plaintiffs. Interim Co-Lead Class Counsel must assume responsibility for the following duties during all phases of this litigation:

> a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

> b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

> c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

> d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

> e) Serving as the primary contact for all communications between Plaintiffs and Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

> f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j) Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n) Assessing Plaintiffs' counsel for the costs of the litigation;

o) Preparing and distributing periodic status reports to the Court and to the parties as ordered;

p) Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Interim Co-Lead Class Counsel also will recommend apportionment and allocation of fees and expenses subject to Court approval; and,

q) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

**A. Additional Matters**

*1.*   Settlement Discussions

Any discussions of a settlement of this litigation shall be conducted by Interim Co-Lead Class Counsel and any counsel designated by Interim Co-Lead Class Counsel.

*2.*   Proposed Agendas

In advance of each status conference, Interim Co-Lead Class Counsel and Defendants' counsel will meet and confer regarding the agenda for the conference. Unless otherwise ordered, Interim Co-Lead Class Counsel and Defendants' counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than five calendar days prior to each status conference.

*3.*   Application of this Order

This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Co-Lead Class Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

**IT IS SO ORDERED.**

Dated:  <u>February 22, 2024</u>

_____
Honorable André Birotte Jr.
United States District Judge