RACHEL E. K. LOWE (SBN 246361)
LISA L. GARCIA (SBN 301362)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: rachel.lowe@alston.com
          lisa.garcia@alston.com

SCOTT ELDER (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
E-mail: scott.elder@alston.com

CHRISTOPHER A. THOMSON (*Pro Hac Vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
E-mail: chris.thomson@alston.com

Attorneys for Defendants
CONIFER HEALTH SOLUTIONS, LLC, CONIFER VALUE-BASED CARE, LLC, CONIFER REVENUE CYCLE SOLUTIONS, and TENET HEALTH CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, NICOLE KOLB, and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONIFER HEALTH SOLUTIONS, LLC, CONIFER VALUE-BASED CARE, LLC, CONIFER REVENUE CYCLE SOLUTIONS, and TENET HEALTH CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01987-AB-AGR<br><br>Assigned to the Honorable Andre Birotte, Jr.<br><br>**NOTICE OF LODGING FOR [PROPOSED] FINAL JUDGMENT**<br><br>Filing Date:  October 6, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 5-4.4, notice is hereby given that the undersigned has lodged the attached [Proposed] Final Judgment with the Court. This proposed Final Judgment is being submitted in response to the Court's order dated April 3, 2025.

Dated: April 7, 2025

SCOTT ELDER
RACHEL E. K. LOWE
LISA L. GARCIA
CHRISTOPHER A. THOMSON
ALSTON & BIRD LLP

By: */S/ LISA L. GARCIA*
    Lisa L. Garcia

Attorneys for Defendants
CONIFER HEALTH SOLUTIONS, LLC,
CONIFER VALUE-BASED CARE, LLC,
CONIFER REVENUE CYCLE SOLUTIONS, and
TENET HEALTH CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the foregoing **NOTICE OF LODGING FOR [PROPOSED] FINAL JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

*/s/ Melony Hempfling*
Melony Hempfling