# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, NICOLE KOLB, and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, CONIFER HEALTH SOLUTIONS, LLC, CONIFER VALUE-BASED CARE, LLC, and TENET HEALTH CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01987-AB-AGR<br><br>**[PROPOSED] FINAL JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Dkt. 88), it is **ORDERED, ADJUDGED, and DECREED** that:

- Plaintiffs Ryan Morales, Nicole Kolb, and William Tang shall take nothing on their claims against Defendants Conifer Revenue Cycle Solutions, LLC, Conifer Health Solutions, LLC, Conifer Value-Based Care, LLC, and

Tenet Healthcare Corporation; and

- Plaintiffs' Consolidated Amended Class Action Complaint, and this action, are **DISMISSED WITH PREJUDICE**.

This is a Final Judgment.

**IT IS SO ORDERED.**


Dated: _____

                                                      _____
**ANDRÉ BIROTTE JR.**
**UNITED STATES DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I, Melony Hempfling, certify and declare as follow:

1. I am over the age of 18 and not a party to this action.
2. My business address is 350 South Grand Ave., 51st Floor, Los Angeles, CA 90071.
3. On April 7, 2025, I caused a copy of **[PROPOSED] FINAL JUDGMENT** to be served upon the following counsel via the Court's CM/ECF system:

| | |
|---|---|
| Daniel Srourian, Esq.<br>**SROURIAN LAW FIRM, P.C.**<br>3435 Wilshire Blvd., Suite 1710<br>Los Angeles, California 90010 | Attorneys for Plaintiffs<br>**RYAN MORALES, NICOLE KOLB, and WILLIAM TANG, AND THE PROPOSED CLASS** |

Patrick Keegan, Esq.
**KEEGAN & BAKER LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92009

Melissa R. Emert
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, NJ 07645

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Ste. 1610
Chicago, Illinois 60611

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on April 7, 2025, at Los Angeles, California.

                          */s/Melony Hempfling*
                          Melony Hempfling