JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, NICOLE KOLB, and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, CONIFER HEALTH SOLUTIONS, LLC, CONIFER VALUE-BASED CARE, LLC, and TENET HEALTH CORPORATION,<br><br>Defendants. | Case No. 2:23-cv-01987-AB-AGR<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (Dkt. 88), it is **ORDERED, ADJUDGED, and DECREED** that:

- Plaintiffs Ryan Morales, Nicole Kolb, and William Tang shall take nothing on their claims against Defendants Conifer Revenue Cycle Solutions, LLC, Conifer Health Solutions, LLC, Conifer Value-Based Care, LLC, and

Tenet Healthcare Corporation; and

- Plaintiffs' Consolidated Amended Class Action Complaint, and this action, are **DISMISSED WITH PREJUDICE**.

This is a Final Judgment.

**IT IS SO ORDERED.**

Dated: April 24, 2025

_____
**ANDRE BIROTTE JR.**
**UNITED STATES DISTRICT JUDGE**